## STATEMENT OF FACTS

Your affiant, ▮▮▮▮▮▮▮, is a Special Agent of the Federal Bureau of Investigation ("FBI"), Detroit Field Office. In my duties as a Special Agent, I am primarily assigned to investigate matters of national security and domestic terrorism. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws. The statements contained in this affidavit are based on my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. I have not included every fact known to me concerning this investigation.

## BACKGROUND

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice

President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### CALOIA'S PARTICIPATION IN THE EVENTS OF JANUARY 6

According to Capitol surveillance footage, including closed circuit television ("CCTV"), and public source video from the U.S. Capitol on January 6, 2021, a man later identified as PAUL J. CALOIA ("CALOIA") entered the Capitol building for approximately forty minutes and remained on Capitol grounds for over two hours January 6, 2021. As set forth below, there is probable cause to believe that CALOIA committed violations of 18 U.S.C. §§ 1752(a)(1) (entering or remaining in restricted buildings or grounds); 1752(a)(2) (disorderly and disruptive conduct in a restricted building or grounds); and 40 U.S.C. §§ 5104(e)(2)(D) (disorderly or disruptive conduct in the Capitol Buildings) and 5104(e)(2)(G) (parading, demonstrating, or picketing in a Capitol Building).

### 1. Identification of CALOIA.

#### a. CALOIA's Skype and Twitter Accounts.

On January 12, 2021, the FBI's National Threat Operations Center (NTOC) received a tip from an individual ("Witness 1") regarding an internet pornography personality using the name "God Hypnotic." Witness 1 stated in the report to the FBI that God Hypnotic was "bragging" on Skype about his participation in the January 6, 2021 riots and that God Hypnotic had described being inside the Capitol building during that Skype chat.

I interviewed Witness 1, who stated that he/she first interacted with "God Hypnotic" through email, and that the Skype meeting in question was an invitation-only chat hosted by God Hypnotic. Witness 1 further stated that as God Hypnotic was bragging about his involvement in the January 6 riots, another individual in the chat asked God Hypnotic why he went to the Capitol. At that point, Witness 1 said that God Hypnotic backtracked and said he went to the Capitol for reporting purposes. Witness 1 said that God Hypnotic's comment about the events on January 6 was a "one-liner" comment unprovoked by any other participants in the meeting. At the time of these interviews, Witness 1 had not been in contact with "God Hypnotic" since January 12, 2021.[1]

Separately, the FBI received a tip from a confidential source containing public photographs of Twitter user @CashHypnotic. The source believed that the user of the @CashHypnotic Twitter account resembled an individual who was present in the Capitol based upon publicly available

---

[1] I served legal process on Microsoft, the parent company of Skype, on October 2, 2023, requesting subscriber information for the "God Hypnotic" username, and/or CALOIA's personal identifying information. Microsoft responded by stating that it was "unable to identify a user" based on the information provided, noting that information provided in the subpoena "may be a display name" and that a "valid Skype Name/ID…cannot contain any spaces."

footage of an individual labeled "Insider 805" by the group the online group, Sedition Hunters. The source provided images to the FBI, as well as CALOIA's Twitter handle. I have reviewed @CashHypnotic's Twitter account, which includes several self-provided images of the account user (including the profile image, below left, and another image, below right).



The source also provided the post below, which identifies "Insider 805" by a series of images from January 6, 2021:



Lawful service on Verizon revealed that phone number XXX-XXX-1474 is registered to CALOIA. Further, in a 2021 police report filed by CALOIA, CALOIA also listed this number as his best contact number. Additional checks performed on CALOIA's cell phone number and via open sources demonstrated that CALOIA maintains other social media accounts under the user-created names "Godhypnotic," "Cashgodhypnotic," "Cash Hypnotic," or some variation of thereof.

I received information from Twitter regarding the account @CashHypnotic. The information received from Twitter indicated that the phone number XXX-XXX-1474, the phone number registered to CALOIA, is associated with the @CashHypnotic account, and I therefore believe this is CALOIA's Twitter account. I have personally reviewed CALOIA's Twitter account, including public videos and images posted by CALOIA of himself on that account, and believe that CALOIA is the individual identified as "Insider 805" in the images above as well as in open source and Capitol police footage from January 6, as described in more detail below. Further, in several posts on CALOIA's Twitter account, he advertises his Skype account under the username "God Hypnotic," the username identified by Witness 1. A screenshot of one of those posts is below.



### b. Identification of CALOIA in Video from the U.S. Capitol

The U.S. Capitol Police identified CALOIA as a person who likely entered the Capitol building on January 6, 2021 based on a review of USCP surveillance (or "CCTV") footage. An image of the individual identified by the Capitol Police as CALOIA is below. The footage shows CALOIA wearing a blue and red plaid shirt, black hoodie, gray scarf, a green backpack, and khaki pants. In surveillance and publicly available footage from January 6, he is often, but not always, wearing a red Detroit Red Wings hat and a white mask that ties with strings around the back of his head, as shown below.





The Capitol Police asked the FBI for assistance in identifying and interviewing CALOIA. The FBI compared CALOIA's California driver's license photograph and the photographs of the individual identified in the Capitol, and concluded that the individual was CALOIA.

### c.  Surveillance Conducted on CALOIA's Residence.

On October 25, 2022 at approximately 6:10 a.m., myself and Task Force Officer ("TFO") ███████ conducted physical surveillance on CALOIA and his residence on ██████████ in Roseville, Michigan. During the surveillance, at approximately 6:26 a.m., TFO ███ observed an individual exit the residence and place multiple bags into a red Ford Escape. Database checks executed prior to October 25, 2022 indicated that a red Ford Escape with the same license plate as the one at CALOIA's residence was registered to CALOIA.

Based on his in-person view, TFO ███ confirmed that of the individual at the red Ford Escape was CALOIA, and that he was the same person as the individual seen in Capitol building surveillance and other publicly available images taken in and around the Capitol building on January 6, 2021.

On March 6, 2023, TFO ███ and I attempted to interview CALOIA at his residence. TFO ███ and I approached the front door of the residence and knocked on the door. TFO ███ saw an individual matching the description and images of CALOIA approach but not open the door. TFO ███ and I knocked on the front door again and received no response. TFO ███ then knocked a final time and called out, "Paul," CALOIA's first name, to which the individual inside responded, "yeah?" CALOIA refused to talk or open the door.

### d.  Cell Phone Information and Geofence Data.

According to a search warrant served on Verizon, a mobile device associated with phone number XXX-XXX-1474, the phone number registered to CALOIA, was present at the Capitol on January 6, 2021 between the hours of 1:00 p.m. and 6:30 p.m. Records received from Verizon further indicate that CALOIA completed 24 telephone calls on between January 5 and January 6, 2021. Of those calls, 16 of the 24 calls originated in Washington, D.C., and 8 of the 24 calls originated in Alexandria, Virginia.

### e.  Video of CALOIA Received from Witness 2.

On August 3, 2021, Special Agent ████████ of the Detroit Division of the FBI received a tip from a Witness ("Witness 2") regarding CALOIA. During a conversation with Witness 2, Special Agent ████ learned that Witness 2 had gone to high school with CALOIA. Witness 2's friend, who had also gone to high school with CALOIA, sent Witness 2 a video of CALOIA at the Capitol on January 6, 2021, which CALOIA had posted online on January 6, 2021. Witness 2 saved the video. In the video, CALOIA says, "They came in with like, guns and shit, like ARs, and they have us face down on the ground. They're like, securing this room. I would leave, but they have to secure the building and I'm just in the wrong room dude. Wrong room at the wrong time." Witness 2 sent the video to Special Agent ████ A screenshot from that video is below:



Upon review of the video, I concluded that the clothing that CALOIA is wearing in the video, as excerpted above, is consistent with clothing that CALOIA is wearing in Capitol Police surveillance footage and other publicly available footage from January 6, 2021. I believe that the individual in the video is CALOIA, based on his appearance, voice, and clothing.

**2.  Probable Cause Concerning CALOIA's Activities in the U.S. Capitol and on Capitol Grounds on January 6, 2021.**

I have reviewed open-source and surveillance photographs and video footage of CALOIA from January 6, 2021. The evidence that I reviewed indicates that CALOIA entered and roamed the Capitol building for approximately forty minutes on January 6, 2021. In total, CALOIA entered at least three different floors of the Capitol building and was on Capitol grounds for at least two hours.

Surveillance footage from the Capitol shows that CALOIA entered the Capitol building through a broken window next to the Senate Wing Doors at around 2:22 p.m. on January 6, 2021. The below still shot from CCTV shows CALOIA, circled in red, climbing through the broken window to enter the Capitol building.





CALOIA then turned South and proceeded to enter a room near the Senate Wing Doors and the Crypt. The images below, taken from publicly available sources, show CALOIA exiting that room and making his way through the Crypt, respectively.





CALOIA next turned right and continued walking South with a mob of people, towards the House of Representatives' side of the Capitol building. Based on my training and experience, CALOIA appears to be chanting along with the mob and recording on his cell phone.



Footage shows that CALOIA remained in that hallway even after other individuals in the group left the area. Based on my training and experience, CALOIA appears to be recording on his cell phone, as seen in the CCTV footage excerpted below.



CALOIA then walked North and proceeded upstairs, where he entered several additional areas of the Capitol building, including but not limited to Statutory Hall and the third-floor of the South side of the building, as shown in the CCTV screenshots below.







CALOIA exited the Capitol on the East side at approximately 2:59 p.m. through doors near the Rotunda with his hands in the air, in what I recognize to be akin to a "don't shoot" gesture.



After exiting the building, CALOIA did not immediately leave the Capitol grounds. Instead, he continued to roam on the exterior of the Capitol building for approximately another hour and a half. Footage from Capitol surveillance cameras shows that he was still present on the Capitol grounds at about 4:35 p.m.



Based on the foregoing, your affiant submits that there is probable cause to believe that CALOIA violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that CALOIA violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.



Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 5th day of December 2023.

_____
G.  MICHAEL HARVEY
U.S. MAGISTRATE JUDGE